IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MORRIS LANDON JOHNSON, II, No. 01877943, | § § § | |
| Petitioner, | § § | |
| V. | § | NO. 4:23-CV-283-O |
| DIRECTOR, TDCJ-CID, | § § § | |
| Respondent. | § § | |

## ORDER OF DISMISSAL

Morris Landon Johnson, II, has filed a petition under 28 U.S.C. § 2254, alleging that the Texas Department of Criminal Justice is not properly executing his state sentences in accordance with the oral pronouncements of judgment. Challenges to the execution of a sentence are properly pursued through 28 U.S.C. § 2241, rather than § 2254. *United States v. Serrato*, 582 F. App'x 308, 309 (5th Cir. 2014); *Gallegos-Hernandez v. United States*, 688 F.3d 190, 194 (5th Cir. 2012). And, a petition under § 2241 must be filed in the district where the prisoner is held. 28 U.S.C. § 2241(a); *Lee v. Wetzel*, 244 F.3d 370, 374–75 (5th Cir. 2001). When it is not, the court where the petition is filed lacks jurisdiction and must dismiss the petition. *Lee*, 244 F.3d at 375. The record reflects that Petitioner is confined at Tennessee Colony, which lies within the Eastern District of Texas. Accordingly, the petition in this action is **DISMISSED** without prejudice to Petitioner's right to refile in the proper jurisdiction.

**SO ORDERED** this **24th day** of **March, 2023**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE