**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MORRIS LANDON JOHNSON, II,** | § | |
| **No. 01877943,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **NO. 4:23-CV-283-O** |
| | § | |
| **DIRECTOR, TDCJ-CID,** | § | |
| | § | |
| **Respondent.** | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of Morris Landon Johnson, II, in this action is **DISMISSED** without prejudice to the right to refile in the proper jurisdiction.

**SO ORDERED** this **24th day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE